# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDGARDO I. CORDERO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | Case No. 2:16-cv-01225-APG-VCF<br><br>**ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notice of settlement (ECF No. 5),

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant Equifax Information Services, LLC are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss defendant Equifax Information Services, LLC on or before August 15, 2016.

DATED this 16th day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE