David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Edgardo I. Cordero*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Edgardo I. Cordero,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC,<br><br>    Defendants. | **Case No. 2:16-cv-01225-APG-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, N.A. ONLY** |

Plaintiff Edgardo I. Cordero and Bank of America, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, N.A.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 17, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Rex D. Garner, Esq.
Rex D. Garner, Esq.
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
*Attorney for Defendant Bank of America, N.A.*

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2016