David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Edgardo I. Cordero*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Edgardo I. Cordero,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No. 2:16-cv-01225-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

　　Plaintiff Edgardo I. Cordero and EXPERIAN INFORMATION SOLUTIONS, INC ("Experian") hereby stipulate and agree that the above-entitled

…

…

…

…

…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees and costs of suit.

Dated: January 30, 2017

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Jennifer L. Braster, Esq.<br>Jennifer L. Braster, Esq.<br>Maupin Naylor Braster<br>1050 Indigo Drive<br>Suite 200<br>Las Vegas, NV 89145<br>*Attorney for Defendant  EXPERIAN INFORMATION SOLUTIONS, INC* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 30, 2017